DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES OLIVER RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-197 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING   STATUS CONFERENCE AND EXCLUDING TIME** |
| CHARLES OLIVER RICHARD, | |
| Defendant. | Date:  May 22, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the status conference scheduled for May 22 may be continued to June 19, 2006, at 9:30 a.m.

Mr. Richard appeared for arraignment on May 15, 2006, and has since requested discovery. A motion by the government to detain Mr. Richard is presently pending before the magistrate judge. In order to have adequate time to review discovery, determine what investigation must be done, and determine whether pretrial motions are appropriate, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the

1  status conference on June 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Acting Federal Defender
5
6  Dated:  May 18, 2006                    /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for CHARLES RICHARD
8
9                                          McGREGOR SCOTT
                                           United States Attorney
10
11 Dated:  May 18, 2006                    /s/ T. Zindel for H. Coppola
                                           HEIKO COPPOLA
12                                         Assistant U.S. Attorney
13
14                              **O R D E R**
15     The status conference is continued to June 19, 2006, at 9:30 a.m. and time
16 under the Speedy Trial Act is excluded through that date for the reasons stated
17 above and by agreement of the parties.
18     IT IS SO ORDERED.
19
20 Dated:  May 18, 2006                    /s/ Frank C. Damrell Jr.
                                           HON. FRANK C. DAMRELL JR.
21                                         United States District Judge
22
23
24
25
26
27
28

Stip. in U.S. v. C. Richard              2