DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHARLES OLIVER RICHARD


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-197 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **DETENTION HEARING ON GOOD CAUSE** |
| | ) | |
| CHARLES OLIVER RICHARD, | ) | |
| | ) | Date: May 18, 2006 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |


    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the detention hearing scheduled for May 18 may be continued to May 25, 2006, at 2:00 p.m.

    Mr. Richard appeared for arraignment on May 15, 2006, and the government moved to detain him as a flight risk and danger. Mr. Richard has since been interviewed by Pretrial Services. Meanwhile, his stepfather, Ron Addison, a former correctional officer and the likely surety, advised defense counsel that he wishes to meet with Mr. Richard at the jail before he makes a final decision but will not be able to do so until the weekend. He also wishes to attend the hearing and will be available to do so on May 25. The parties agree that the

need of the surety to consult with Mr. Richard and be present for the hearing constitutes good cause to continue the hearing beyond five days. See 18 U.S.C. § 3142(f)(2).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender


Dated:  May 18, 2006                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CHARLES RICHARD


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  May 18, 2006                    /s/ T. Zindel for H. Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney
```

**O R D E R**

Based upon the facts recited above and the agreement of the parties, the Court finds good cause to continue the detention hearing to Wednesday, May 25, 2006, at 2:00 p.m.

IT IS SO ORDERED.

```
Dated: 5/23/06                          /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge
```

richard.ord

Stip. re detention hearing                 2