DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHARLES RICHARD


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-197 FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| CHARLES RICHARD, | ) | |
| | ) | Date:  June 19, 2006 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Frank C. Damrell |
| _____ | ) | |


     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

America, and defendant, Charles Richard, that the status conference scheduled

for June 19 may be continued to July 17, 2006, at 9:30 a.m.

     The defense seeks time to investigate the circumstances of Mr. Richard's

arrest before determining whether to file pretrial motions in the case.  So that

this may be done, the parties agree that time under the Speedy Trial Act should

/////

/////

/////

/////

1   be excluded from the date of this order through the status conference on July

2   17, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender

5

6   Dated:   June 15, 2006          /s/ T. Zindel
                                     TIMOTHY ZINDEL

7                                    Assistant Federal Defender
                                     Attorney for CHARLES RICHARD

8

9                                    McGREGOR SCOTT
                                     United States Attorney

10

11  Dated:   June 15, 2006          /s/ T. Zindel for H. Coppola
                                     HEIKO COPPOLA

12                                   Assistant U.S. Attorney

13

14                         **O R D E R**

15       The status conference is continued to July 17, 2006, at 9:30 a.m.   Time

16  under the Speedy Trial Act is excluded through that date for the reasons stated

17  above, the court finding that the ends of justice to be served by a continuance

18  outweigh the best interests of the defendant and the public in a speedy trial.

19       IT IS SO ORDERED.

20

21  Dated:   June 15, 2006          /s/ Frank C. Damrell Jr.
                                     HON. FRANK C. DAMRELL JR.

22                                   United States District Judge

23

24

25

26

27

28

Stip. in U.S.A. v. C. Richard          2