DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHARLES RICHARD


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-197 FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| CHARLES RICHARD, | ) | |
| | ) | Date:  July 17, 2006 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Frank C. Damrell |
| _____ | ) | |


   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the status conference scheduled for July 17 may be continued to August 14, 2006, at 9:30 a.m.

   The defense seeks additional time to review with Mr. Richard the results of its recent investigation and to discuss with him options for future action. So that this may be done, the parties agree that time under the Speedy Trial Act

/////

/////

/////

/////

1  should be excluded from the date of this order through the status conference on
2  August 14, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code
3  T4).

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated:  July 13, 2006                    /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for CHARLES RICHARD


                                         McGREGOR SCOTT
                                         United States Attorney


Dated:  July 13, 2006                    /s/ T. Zindel for H. Coppola
                                         HEIKO COPPOLA
                                         Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 14, 2006, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  July 13, 2006                    /s/ Frank C. Damrell Jr.
                                         HON. FRANK C. DAMRELL JR.
                                         United States District Judge