DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,       | )  No. CR. S-06-197 FCD |
|---------------------------------|-------------------------|
|             Plaintiff,          | )  **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
|        v.                       | ) |
| CHARLES RICHARD,                | ) |
|             Defendant.          | )  Date: August 14, 2006<br>Time: 1:30 p.m.<br>Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the status conference scheduled for August 14 may be continued to August 28, 2006, at 9:30 a.m.

    The defense seeks additional time to review with Mr. Richard the results of its recent investigation and to discuss with him options for future action. So that this may be done, the parties agree that time under the Speedy Trial Act

/////

/////

/////

/////

1  should be excluded from the date of this order through the status conference on
2  August 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code
3  T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:  August 10, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CHARLES RICHARD


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  August 10, 2006                 /s/ T. Zindel for H. Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 28, 2006, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  August 11, 2006                 /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL JR.
                                        United States District Judge