DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-197 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| CHARLES RICHARD, | ) |
| Defendant. | ) Date: August 28, 2006 |
|  | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the status conference scheduled for August 28 may be continued to September 18, 2006, at 9:30 a.m.

The parties have tentatively agreed to ask probation to informally review Mr. Richard's prior record before further scheduling the case. It will take the probation office two or three weeks to conduct the requested review and then time will be needed to consider the results, which the parties believe may assist them in their negotiations. So that this may be done, the parties agree that time under the Speedy Trial Act may be excluded from the date of this order through the status conference on September 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

///

|   |   |
|---|---|
|  | Respectfully submitted, |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: August 22, 2006 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for CHARLES RICHARD |
|  | McGREGOR SCOTT<br>United States Attorney |
| Dated: August 22, 2006 | /s/ T. Zindel for H. Coppola<br>HEIKO COPPOLA<br>Assistant U.S. Attorney |

**ORDER**

The status conference is continued to September 18, 2006, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 25, 2006 | /s/ Frank C. Damrell Jr.<br>HON. FRANK C. DAMRELL JR.<br>United States District Judge |