DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-197 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| CHARLES RICHARD, ) | |
| ) | Date: September 18, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the status conference scheduled for September 18 may be continued to October 16, 2006, at 9:30 a.m.

   The parties have asked probation to informally review Mr. Richard's prior record before further scheduling the case.  It will take the probation office two or three weeks to conduct the requested review and then time will be needed to consider the results, which the parties believe may assist them in their negotiations.  Meanwhile, counsel for the parties intend to meet to discuss the case during the week of September 25.  So that these tasks may be done, the parties agree that time under the Speedy Trial Act may be excluded from the date

of this order through the status conference on October 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
Federal Defender

Dated: September 14, 2006           /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CHARLES RICHARD

                                                McGREGOR SCOTT
United States Attorney

Dated: September 14, 2006           /s/ T. Zindel for H. Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 16, 2006, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: September 15, 2006           /s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL JR.
United States District Judge