```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CHARLES RICHARD
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-0197 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| CHARLES RICHARD, | ) |
|  | ) Date: October 16, 2006 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Richard, that the status conference scheduled for October 16 may be continued to October 23, 2006, at 9:30 a.m.

The parties have reached a plea agreement in this case but cannot complete the written memorandum in advance of the October 16th status conference. Hoping to complete the agreement next week, the parties ask to continue the status conference to October 23 and agree that time under the Speedy Trial Act may be excluded from the date of this order through

/////

the status conference on October 23, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
Federal Defender

Dated:  October 12, 2006              /s/ T. Zindel
                                          TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CHARLES RICHARD

                                          McGREGOR SCOTT
United States Attorney

Dated:  October 12, 2006              /s/ T. Zindel for H. Coppola
                                          HEIKO COPPOLA
Assistant U.S. Attorney

## O R D E R

The status conference is continued to October 23, 2006, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:  October 13, 2006              /s/ Frank C. Damrell Jr.
                                          HON. FRANK C. DAMRELL JR.
United States District Judge